[Nos. 3865–3–III; 3885–8–III. Division Three. January 14, 1982.]

JAMES E. ANTHONY, *Respondent,* v. C. D. AMENDE COMPANY, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Klickitat County, No. 12477, Ted Kolbaba, J., entered February 4, 1980. *Affirmed in part* and *reversed in part* by opinion, unpublished in part, per Roe, J., concurred in by

McInturff, C.J., and Munson, J.